IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                                    Date: October 8, 2008
Therese Lindblom, Court Reporter

Criminal Action No.   07–cr–00185–EWN

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                  Michele Korver and Zachary Phillips

      Plaintiff,

v.

4.  CHARLES CASTANEDA,                         Paul Grant

      Defendant.

---

## COURTROOM MINUTES

---

**Trial Preparation Conference**

**2:22 p.m.**        Court in session.

Court calls case and appearances.  Defendant is present in custody.

Discussion regarding estimated length of trial.  Parties estimate five to six days.

Discussion regarding counts.  The 922(g) count will be tried together with other counts.
Discussion regarding possibility of an Old Chief stipulation.

Discussion regarding tendered trial documents.

**ORDERED:  1.        The Government's Unopposed Government Motion Requesting a
                        Trial Date Certain (#226, filed August 22, 2008) is GRANTED.**

**ORDERED:   2.      The United States' Rule 608 Pretrial Motion (#197, filed May 16, 2008) is DENIED without prejudice to renewal of the objections to improper evidence on a question by question basis during the course of the trial.**

Mr. Grant orally moves to participate in voir dire.

**ORDERED:   3.      Mr. Grant's oral motion for attorney participation in voir dire is DENIED.**

Discussion regarding procedural questions as to a jury trial in this court.

**2:46 p.m.**      Court in recess.

Hearing concluded.

Total time: 00:24