IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Action No. 07-cr-00185-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. CHARLES CASTANEDA,

    Defendant.

---

### ORDER EXCLUDING WITNESSES

---

It is

**ORDERED** as follows:

1. All persons who expect to be called as witnesses in the case of *United States of America v. Charles Castaneda, Criminal Action No. 07-cr-00185-EWN*, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in the case.

2. No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

Dated this 14th day of October, 2008.

BY THE COURT:

*[signature]*

EDWARD W. NOTTINGHAM
Chief United States District Judge