**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

Criminal Case No.: 07-cr-00185-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. CHARLES CASTANEDA,

    Defendant.

---

ORDER REGARDING CUSTODY
OF EXHIBITS AND DEPOSITIONS

---

    It is STIPULATED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado, this 24th day of October, 2008.

                         BY THE COURT:

                         s/ Wiley Y. Daniel
                         WILEY Y. DANIEL,
                         U. S. DISTRICT CHIEF JUDGE