IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.: 07-cr-00185-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    CHARLES CASTENEDA,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [doc. #291], filed November 19, 2008. The Court having read said Motion and being fully advised in the premises finds:

THAT a jury found defendant Charles Casteneda guilty of Counts One, Ten, and Eleven in the above-styled case on October 24, 2008, and thereafter said jury found that $4,150.00 in United States Currency is forfeited to the United States pursuant to 21 U.S.C. §853; and

THAT prior to the disposition of the asset, the United States Marshals Service is required to seize the forfeited property and to provide notice to third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Charles Casteneda's interest in $4,150.00 in United States Currency is forfeited to the United States in accordance with 21 U.S.C. §853;

THAT the United States Marshals Service, or its designated agent, is directed to seize and take custody of the property subject to forfeiture;

THAT the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming an interest in the subject $4,150.00 in United States Currency must file their claims within thirty (30) days of the last date of publication and make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §853(n), in which all interests will be addressed.

THAT the United States, upon entry of Final Order of Forfeiture, shall return the remaining property listed in the Bill of Particulars filed on October 9, 2008 [doc. #254], namely: $932.00 in United States Currency; One Smith & Wesson 9 mm semiautomatic pistol, Model No. 908, Serial No. KLL1692; and Miscellaneous ammunition, all seized on May 31, 2006 from 9033 Perry Street, Westminister, Colorado.

Dated: November 20, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE