IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00185-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. CHARLES CASTENEDA,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture [doc. #337, filed February 25, 2009]. The United States commenced this action pursuant to 21 U.S.C. §853, and I entered a Preliminary Order of Forfeiture on November 20, 2008 [doc. #293]. All known interested parties were provided an opportunity to respond, and that publication has been effected as required by 21 U.S.C. §853(n). Furthermore, the Court having reviewed Motion and being fully advised in the premises, it appears there is cause to issue a forfeiture order under 21 U.S.C. §853. Accordingly, it is hereby

ORDERED that judgment of forfeiture of $4,150.00 in United States Currency shall enter in favor of the United States pursuant to 21 U.S.C. §853, free from the claims of any other party. It is

FURTHER ORDERED that the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated: February 25, 2009

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE