IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02533-WYD
Criminal Action No. 07-cr-00185-WYD

UNITED STATES OF AMERICA,

v.

4. CHARLES CASTANEDA,

Movant.

---

ORDER DIRECTING MOVANT TO CURE DEFICIENCY

---

Movant, Charles Castaneda, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Oakdale, Louisiana. He submitted *pro se* on October 18, 2010, a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted § 2255 motion is deficient as described in this order. Movant will be directed to cure the following if he wishes to pursue his claims. Any papers that Movant files in response to this order must include the civil and criminal action numbers on this order.

**Complaint, Petition or Application**:
(1) ___ is not submitted
(2) _X_ is not on proper form (must use the court's current form)
(3) ___ is missing an original signature by the prisoner
(4) ___ is missing page nos. ___
(5) ___ uses et al. instead of listing all parties in caption
(6) ___ An original and a copy have not been received by the court. Only an original has been received.

(7) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(8) __ names in caption do not match names in text
(9) __ other_____

Accordingly, it is

ORDERED that Movant cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers that Movant files in response to this order must include the civil and criminal action numbers on this order. It is

FURTHER ORDERED that the clerk of the Court mail to Movant, together with a copy of this order, two copies of the following form to be used in submitting the amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255: Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. It is

FURTHER ORDERED that the amended § 2255 motion shall be titled "Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that, if Movant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the § 2255 motion and the action will be dismissed without further notice. The dismissal shall be without prejudice.

Dated this 21st day of October, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE