IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02533-WYD
Criminal Action No. 07-cr-00185-WYD

UNITED STATES OF AMERICA,

v.

4.   CHARLES CASTANEDA,

　　　Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before **Monday, January 31, 2011**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:  January 4, 2011

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　Chief United States District Judge